# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CONSUMER DATA INDUSTRY ASSOCIATION,<br>*Plaintiff* | § § § § | |
| v. | § § | Case No. 1:19-CV-00876-RP |
| STATE OF TEXAS THROUGH KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF TEXAS,<br>*Defendant* | § § § § § § § | |

## ORDER

On August 29, 2023, the parties filed an Agreed Scheduling Order (Dkt. 56-1). The Agreed Scheduling Order does not conform to District Judge Robert Pitman's form posted on the website for the U.S. District Court for the Western District of Texas. *Id.* Parties are required to submit a proposed scheduling order to the Court that follows this form. *See* W.D. TEX. LOC. R. CV-16(a).

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order utilizing District Judge Robert Pitman's form on or before **December 20, 2023**.

**SIGNED** on December 6, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE